**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Case Number:** 20-16798 RAM
**Case Name:** JA Aerocell LLC

**Period Ending:** 03/31/22

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE
**Filed (f) or Converted (c):** 09/29/21 (c)
**§341(a) Meeting Date:** 11/15/21
**Claims Bar Date:** 12/17/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PNC Bank Account 0582 | 12,919.00 | 0.00 | | 0.00 | FA |
| 2 | Synovus Bank account 0703 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Prepaid consulting fees Safran | 189,429.00 | Unknown | | 0.00 | Unknown |
| 4 | Capitalized Interest - Synovus<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 1,157,751.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts receivable<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 717,828.00 | 0.00 | | 0.00 | FA |
| 6 | Tooling Equipment<br>ABANDONED | 4,979,300.00 | 0.00 | OA | 0.00 | FA |
| 7 | Test Cell<br>ABANDONED | 1,997,400.00 | 0.00 | | 0.00 | FA |
| 8 | Domain www.odysseyaerocell.aero | Unknown | 0.00 | | 0.00 | FA |
| 9 | Marketing List | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Test Site - Medley, FL<br>LISTED ON SCHEDULE G | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Facility Lease - Odyssey Real Estate Holdings, LLC<br>COMPANY IS IN BANKRUPTCY | 0.00 | 0.00 | | 0.00 | FA |
| 12 | East West Bank Account (u)<br>CLOSEOUT OF CHAPTER 11 ACCOUNT | 0.00 | 798.62 | | 798.62 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$9,054,627.00** | **$798.62** | | **$798.62** | **$0.00** |

**Major activities affecting case closing:**
CBD: 12/17/21
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE CONVERTED FROM A CHAPTER 11.  IT IS JOINLY ADMINISTERED WITH SEVEN OTHER RELATED CASES.  THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):** March 31, 2024          **Current Projected Date of Final Report (TFR):** March 31, 2024

**Form 2**
**Cash Receipts and Disbursements Record**

| | |
|---|---|
| **Case Number:** | 20-16798 RAM |
| **Case Name:** | JA Aerocell LLC |
| **Taxpayer ID#:** | ******4911 |
| **Period:** | 04/01/21 - 03/31/22 |

| | |
|---|---|
| **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Bank Name:** | Signature Bank |
| **Account:** | ******2492 - Checking |
| **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/21 | Asset #12 | EAST WEST BANK CASHIERS CHECK | CLOSEOUT OF CHAPTER 11 ACCOUNT | 1290-010 | 798.62 | | 798.62 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **798.62** | **0.00** | **$798.62** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **798.62** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$798.62** | **$0.00** | |

| | |
|---|---|
| Net Receipts: | $798.62 |
| Net Estate: | $798.62 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2492** | **798.62** | **0.00** | **798.62** |
| | **$798.62** | **$0.00** | **$798.62** |